Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:10−bk−02347
Chapter 11
Judge Marian F Harrison

In Re:
    JAMES ALONZO SOWELL
    7402 BERMUDA DR
    Christiana, TN 37037

Social Security No.
    xxx−xx−2038

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 5/29/18 at 09:00 AM

to consider and act upon the following:

Motion for Contempt and Sanctions Against Bank of America Parties Must Comply with 9014−1

Dated: 5/7/18                               /s/ MATTHEW T LOUGHNEY
                                            Clerk, U.S. Bankruptcy Court