IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:

JAMES ALONZO SOWELL,

    Debtor.

Chapter 11 Proceeding
Case No. 310-02347
Marian F. Harrison, Judge

## EXPEDITED MOTION TO REOPEN CHAPTER 11 CASE

Comes the Debtor, through counsel, and respectively moves this Honorable Court to reopen the above-referenced Chapter 11 case to enforce the automatic stay and terms of the confirmation order against Wells Fargo Bank, N.A., and further requests an expedited hearing thereon. In support, the following shall be shown unto the Court:

1) **RELIEF REQUESTED** - The Debtor requests that this case be reopened to allow the Debtor to proceed with a Motion for Contempt filed against Wells Fargo Bank, N.A., for violation of the automatic stay and terms of the confirmation order and that this matter be set for hearing on an expedited basis.

2) **REASONS FOR URGENCY** - Wells Fargo Bank, N.A, has set a foreclosure for August 2, 2018, on real estate owned by the Debtor. Accordingly, this Motion needs to be heard on an expedited basis.

3) **PARTIES RECEIVING NOTICE** - Notice of this Motion will be sent to the United States Trustee, Wells Fargo Bank, N.A., c/o Robert S. Coleman, Jr., Attorney, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, on July 23, 2018. Notice of this Motion will be sent to the United States Trustee, Wells Fargo Bank, N.A., c/o Robert S. Coleman, Jr., Attorney, 1405 N. Pierce, Suite 306, Little Rock, AR 72207; the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix; by U.S. Mail, postage prepaid, on July 23, 2018.

4) **PROPOSED HEARING DATE** - The Debtor requests that this matter be heard on July 31, 2018, at 9:00 a.m., in Courtroom 3, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

WHEREFORE, the Debtor prays that the above-sought relief be granted.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, Wells Fargo Bank, N.A., c/o Robert S. Coleman, Jr., Attorney, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, on July 23, 2018.

I further certify that I have sent a true and exact copy of the foregoing to the United States Trustee, Wells Fargo Bank, N.A., c/o Robert S. Coleman, Jr., Attorney, 1405 N. Pierce, Suite 306, Little Rock, AR 72207; the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix; by U.S. Mail, postage prepaid, on July 23, 2018.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:10-bk-02347<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Jul 23 10:42:29 CDT 2018 | America's Servicing Company<br>c/o McCalla Raymer, LLC.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Bank of America, N.A., successor by merger t<br>2380 Performance Dr. Bldg C Mail Stop: R<br>Richardson, TX 75082-4333 |
| JP Morgan Chase Bank, N.A.<br>c/o Anthony R. Steele<br>P.O. Box 2428<br>Knoxville, TN 37901-2428 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | AMERICAN EXPRESS<br>PO BOX 650448<br>Dallas TX 75265-0448 | ASC<br>PO BOX 10388<br>Des Moines IA 50306-0388 |
| AT&T<br>PO BOX 6500<br>Sioux Falls SD 57117-6500 | America's Servicing Company<br>Bankruptcy Department<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE<br>HOME LOANS SERVICING, LP<br>Bankruptcy Department,<br>Mail Stop CA6-919-01-23,<br>400 National Way, Simi Valley, CA 93065 | BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE<br>7105 Corporate Drive<br>Plano, TX 75024-4100 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>PO BOX 660694<br>Dallas TX 75266-0694 | CHASE<br>PO BOX 94014<br>Palatine IL 60094-4014 |
| CHASE AUTO FINANCE<br>PO BOX 9001801<br>Louisville KY 40290-1801 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 | GE Consumer Finance<br>For GE Money Bank<br>dba H H GREGG/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase<br>po box 901032 Ft Worth,TX 76101 | NATIONAL CITY<br>PO BOX 2349 KA16F5<br>Kalamazoo MI 49003-2349 |
| PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | SELECT PORTFOLIO SERVICING<br>ATTN BK DEPT<br>PO BOX 65250<br>Salt Lake City UT 84165-0250 | Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

| US TRUSTEE  + | WILSON & ASSOC | JAMES ALONZO SOWELL |
| --- | --- | --- |
| OFFICE OF THE UNITED STATES TRUSTEE | 1521 MERRILL DR | 7402 BERMUDA DR |
| 701 BROADWAY STE 318 | SUITE D-220 | Christiana, TN 37037-6163 |
| NASHVILLE, TN 37203-3966 | Little Rock AR 72211-1654 | |

STEVEN L. LEFKOVITZ  +
LAW OFFICES LEFKOVITZ & LEFKOVITZ
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Nationstar Mortgage, LLC. | BANK OF AMERICA | CITI |
| --- | --- | --- |
| PO Box 630267 | PO BOX 15019 | PO BOX 688901 |
| Irving, TX 75063 | Wilmington DE 19886-5019 | Des Moines IA 50368-8901 |

| DISCOVER | Internal Revenue Service | (d)Nationstar Mortgage, LLC |
| --- | --- | --- |
| PO BOX 15251 | Centralized Insolvency | PO BOX 619096 |
| WILMINGTON DE 19886 | PO Box 21126 | Dallas, TX 75261-9741 |
| | Philadelphia, PA 19114 | |

(d)Nationstar Mortgage, LLC
PO BOX 619096
Dallas, TX 75261-9741

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BAC Home Loans Servicing, LP fka Countrywi | (u)Federal National Mortgage Association (Fan | (u)SELECT PORTFOLIO SERVICING |
| --- | --- | --- |

| (d)Recovery Management Systems Corporation | End of Label Matrix | |
| --- | --- | --- |
| 25 S.E. 2nd Avenue, Suite 1120 | Mailable recipients | 33 |
| Miami, FL 33131-1605 | Bypassed recipients |  4 |
| | Total | 37 |