Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  3:10−bk−02347
Chapter 11
Judge  Marian F Harrison

In Re:
    JAMES ALONZO SOWELL
    7402 BERMUDA DR
    Christiana, TN 37037

Social Security No.
    xxx−xx−2038

Employer's Tax I.D. No.

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/14/18 at 09:00 AM

to consider and act upon the following:

Debtor's Motion For Contempt for Violation of the Automatic Stay Provisions of Section 362(a). (PARTIES SHALL COMPLY WITH LBR 9014−1)

Dated: 7/23/18                                                                /s/ MATTHEW T LOUGHNEY
                                                                                     Clerk, U.S. Bankruptcy Court