Marian F. Harrison
US Bankruptcy Judge

Dated: 1/9/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br>JAMES ALONZO SOWELL,<br>    Debtor. | Case No. 3:10-bk-02347<br>Chapter 11 |

## ORDER STRIKING DEBTOR'S MOTION TO REOPEN AND DENYING AS MOOT DEBTOR'S MOTIONS FOR CONTEMPT

There are currently three pending motions in the above-captioned matter: 1) Motion for Contempt against Bank of America [Doc. 148]; 2) Expedited Motion to Reopen Chapter 11 Case [Doc. 153]; and 3) Motion for Contempt against Wells Fargo Bank, N.A. [Doc. 155]. At the hearing on the Motion to Reopen on July 31, 2018, the Debtor's counsel announced that the contempt matter had been resolved and he would be striking the Motion to Reopen. Over five months have passed, and the Debtor has not filed anything to strike the Motion to Reopen.

In an effort to clear pending motions from the docket, the Court hereby **STRIKES** the Motion to Reopen [Doc. 153], without prejudice. The Motion for Contempt against Bank of America [Doc. 148] and Motion for Contempt against Wells Fargo Bank, N.A. [Doc. 155] are **DENIED AS MOOT.**

SO, ORDERED.

# # #

1

**PREPARED AND PRESENTED BY:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Bank of America, N.A. and
Wells Fargo Bank, N.A.*

2

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.